# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ANN DEL TORO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:17-cv-01401-BAM<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY<br>(ECF No. 15) |

Pursuant to the stipulation of the parties filed on September 10, 2018, and cause appearing, the deadline for Plaintiff to file her reply to Defendant's opposition is HEREBY EXTENDED, nunc pro tunc, to September 11, 2018.

IT IS SO ORDERED.

　　Dated: **September 12, 2018**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1