# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ANN DEL TORO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:17-cv-01401-BAM<br><br>ORDER REGARDING AMENDED STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY<br>(ECF No. 17) |

On September 13, 2018, the Court approved the parties' stipulation to continue the deadline for Plaintiff to file her reply to Defendant's opposition. (ECF No. 16.) Following issuance of the Court's order, the parties filed an amended stipulation and indicated that Plaintiff's counsel made an error in the new date provided for filing the reply. Plaintiff now seeks an extension of time to October 11, 2018, in which to file her reply. (ECF No. 17.)

Having considered the amended stipulation, and cause appearing, the deadline for Plaintiff to file her reply to Defendant's opposition is HEREBY EXTENDED to October 11, 2018.

IT IS SO ORDERED.

　　Dated: __September 17, 2018__　　　　　　/s/ Barbara A. McAuliffe　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1