1  FORSLUND LAW, LLC
   Jacqueline A. Forslund # 154575
2  P.O. Box 4476
3  Sunriver, OR  97707
   Telephone:    541-419-0074
4  Fax:          541-593-4452
   Email:        jaf@forslundlaw.com
5

6  Attorney for Plaintiff

7                       UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF CALIFORNIA
8

9  LISA ANN DEL TORO,              )   Case No.  1:17-CV-01401-BAM
                                   )
10         Plaintiff                )   **STIPULATION AND**
                                   )   **ORDER FOR AWARD OF ATTORNEY'S**
11  v.                              )   **FEES UNDER THE EQUAL ACCESS TO**
                                   )   **JUSTICE ACT (EAJA)**
12  NANCY A. BERRYHILL,             )
    Acting Commissioner of Social Security,  )
13                                 )
14         Defendant                )
                                   )
15  _____)

16
         IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
17
   subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal
18
   Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of FIVE THOUSAND FOUR
19
   HUNDRED AND EIGHTY-ONE dollars and SIXTY cents ($5,481.60).  This amount represents
20
   compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this
21
   civil action, in accordance with 28 U.S.C. sec. 2412(d).
22
         After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the
23
   government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to
24
   Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the
25
   fees and expenses are subject to an offset allowed under the United States Department of the
26
   Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of
27
   EAJA fees and expenses is entered, the government will determine if they are subject to an offset. If
28
   it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v.
   Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for

**Del Toro v. Berryhill**          Stipulation and Order          E.D. Cal. 1:17-cv-01401-BAM

EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney at the following address:  Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver, Oregon  97707. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  May 7, 2019                JACQUELINE A. FORSLUND
                                  Attorney at Law


                                  */s/Jacqueline A. Forslund*
                                  JACQUELINE A. FORSLUND
                                  Attorney for Plaintiff

Date:   May 7, 2019               MCGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  */s/Daniel P. Talbert*
                                  DANIEL P. TALBERT
                                  Special Assistant United States Attorney
                                  *By email authorization
                                  Attorney for Defendant

**Del Toro v. Berryhill**           **Stipulation and Order**           **E.D. Cal. 1:17-cv-01401-BAM**

# ORDER

Based upon the parties' stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act ("Stipulation") filed on May 7, 2019, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2412, fees in the amount of five thousand four hundred and eighty-one dollars and sixty cents ($5,481.60) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **May 8, 2019**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

**Del Toro v. Berryhill**   **Stipulation and Order**   **E.D. Cal. 1:17-cv-01401-BAM**